**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>    v.<br><br>ELEVEN MILLION SEVENTY-ONE THOUSAND ONE HUNDRED AND EIGHTY-EIGHT DOLLARS AND SIXTY-FOUR CENTS ($11,071,188.64) IN UNITED STATES CURRENCY, MORE OR LESS, SEIZED FROM LAOSTRICHES & SONS, INC.,<br><br>  Defendant-in-rem. | CIVIL NO. 4:12CV1559 (CEJ) |

## UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, the United States of America, and, pursuant to Fed. R. Civ. P. 56 and for the reasons more fully set forth in the accompanying memorandum of law, moves for judgment as a matter of law.

WHEREFORE the United States respectfully moves the Court to grant its motion for summary judgment, and strike the claim and answer filed by claimant, Laura Avila-Barraza for lack of standing and ownership.

Respectfully submitted,

In St. Louis, Missouri, this 21st day of April, 2014.

            JAIKUMAR RAMASWAMY, Chief
            Asset Forfeiture and
            Money Laundering Section


    /s/:  *Aixa Maldonado-Quiñones*
       Aixa Maldonado-Quiñones
       Senior Trial Attorney
       PR Bar #10092
       Criminal Division
       1400 New York Avenue NW, 10th Floor
       Washington, D.C. 20530
       Tel. (202) 514-1263
       aixa.maldonado-quinones@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2014, a true and exact copy of this motion was sent via ECF: **Alan S. Ross**, Esq., Robbins, Tunkey, Ross, Amsel, Raben & Waxman, PA, 2250 SW Third Avenue, Fourth Floor, Miami, FL. 33129.

        /s/  *Aixa Maldonado-Quiñones*
           Aixa Maldonado-Quiñones